IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-250-KS

| | |
|---|---|
| LAQUITA MORRISON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

This matter is before the court on a petition for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") filed by counsel for Plaintiff.[2] Defendant responded in opposition to the petition, and the time for further filings has expired. The matter is therefore ripe for ruling.

On March 24, 2021, Plaintiff filed this action for judicial review of a final administrative decision denying her applications for disability insurance and supplemental security income. On Defendant's motion and with Plaintiff's consent, the court entered judgment on March 11, 2022, remanding the matter to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (J. [DE #29]; Order Remand [DE #28].) On December 9, 2025,

---

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), he is substituted as Defendant to this action.

[2] According to the petition, Plaintiff died on August 29, 2022. (Pl.'s Pet. Att'y Fees [DE #30] at 3.)

counsel for Plaintiff filed the instant motion seeking EAJA fees as the prevailing party.

For the reasons set forth in Defendant's response, the court finds the petition for EAJA fees untimely. *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993) ("An EAJA application may be filed until 30 days after a judgment becomes 'not appealable'—*i.e.,* 30 days after the time for appeal has ended.") Here, judgment was entered March 11, 2022. No appeal having been taken, Plaintiff's deadline for filing an application for EAJA fees was due June 9, 2022. Accordingly, the petition for EAJA fees [DE #30] is DENIED.

This 5th day of January 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge