UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAQUITA MORRISON, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FRANK J. BISIGNANO, )<br>Commissioner of Social Security, )<br>      Defendant. ) | **JUDGMENT**<br><br>Case No. 7:20-CV-250-KS |

**Decision by Court.**

     This action came before court for consideration of the Plaintiff's Motion for Attorney Fees [DE-30]. IT IS ORDERED, ADJUDGED AND DECREED the Plaintiff's Motion [DE-30] is DENIED.

<u>This judgment filed and entered on January 6, 2026, with *electronic service* upon:</u>

**Scott Scurfield**
*Counsel for Plaintiff*

**Cassia Parson**
*Counsel for Defendant*

                                  **PETER A. MOORE, JR.**
                                  **CLERK, U.S. DISTRICT COURT**

DATE: <u>January 6, 2026</u>            /s/ *Shelia D. Foell*
                                  (By): Shelia D. Foell, Deputy Clerk