IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00250-KS

LAQUITIA MORRISON, )
)
        Plaintiff )
v. )    ORDER FOR
) 42 U.S.C. § 406(b) FEES
)
FRANK BISIGNANO,[1] )
Commissioner of Social Security, )
)
        Defendant. )
_____ )

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 2nd day of February 2026, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Scott A. Scurfield, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,000.00 (or 25% of Plaintiff's past-due benefits, whichever is less).

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).