UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAQUITIA MORRISON,<br>       Plaintiff,<br><br>       v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>       Defendant. | **JUDGMENT**<br><br>Case No. 7:20-CV-250-KS |

**Decision by Court.**

This action came before court for consideration of the Plaintiff's Motion for Attorney Fees [DE-34]. IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's motion [DE-34] is granted and Plaintiff's counsel is awarded attorney fees under 42 U.S.C. § 406(b) in the amount of $10,000.00 (or 25% of Plaintiff's past due benefits, whichever is less.)

This judgment filed and entered on February 3, 2026, with *electronic service* upon the following:

**Scott Scurfield**
*Counsel for Plaintiff*

**Cassia Parson**
*Counsel for Defendant*

                                    **PETER A. MOORE, JR.**
                                    **CLERK, U.S. DISTRICT COURT**

DATE: February 3, 2026                  /s/ *Shelia D. Foell*

                                                   (By): Shelia D. Foell
                                                   Deputy Clerk, U.S. District Court